# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

January 31, 2023

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 20-30304    Crittindon v. LeBlanc
                USDC No. 3:17-CV-512
                USDC No. 3:17-CV-602

Enclosed is an order entered in this case.

See FRAP and Local Rules 41 for stay of the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

Mr. Andre' Charles Castaing
Mr. James W. Craig
Ms. Phyllis Esther Glazer
Mr. Shae Gary McPhee Jr.
Ms. Elizabeth Baker Murrill
Mr. Jay Remington Schweikert
Mr. Benjamin William Wallace
Ms. Emily M. Washington