# United States Court of Appeals for the Fifth Circuit

———————

No. 20-30304

———————

Jessie Crittindon; Leon Burse; Eddie Copelin; Phillip Dominick, III; Donald Guidry,

*Plaintiffs—Appellees*,

*versus*

James LeBlanc; Perry Stagg; Angela Griffin,

*Defendants—Appellants.*

———————————————————

Appeal from the United States District Court
for the Middle District of Louisiana
USDC No. 3:17-CV-512
USDC No. 3:17-CV-602

———————————————————

ON PETITION FOR REHEARING EN BANC

Before Higginbotham and Oldham, *Circuit Judges.**

Per Curiam:

The petition for rehearing en banc is DENIED because, at the request of one of its members, the court was polled, and a majority did not vote in favor of rehearing (Fed. R. App. P. 35 and 5th Cir. R. 35).

In the en banc poll, seven judges voted in favor of rehearing (Jones, Smith, Ho, Duncan, Engelhardt, Oldham, and Wilson), and nine voted

against rehearing (Richman, Stewart, Elrod, Southwick, Haynes, Graves, Higginson, Willett, and Douglas).

_____

* Judge Costa resigned on August 31, 2022.